SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson ) | Case No. **2:10-cv-00960-MCE-JFM** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE EXTENSION OF TIME UNTIL JULY 26, 2010 FOR DEFENDANT FAIRFIELD WEST PARTNERS, LLC, TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. ) | |
| Allan L. Hanson, et al, ) | |
| ) | |
| Defendants ) | |

Pursuant to Local Rule 6-142, Plaintiff, Scott N. Johnson, and Defendant Fairfield West Partners, LLC, by and through their respective attorneys of record, Scott N. Johnson and Michele Z. Stevenson, stipulate as follows:

1. One extension of time has been previously obtained until July 5, 2010.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant Fairfield West Partners, LLC, is granted an extension until July 26, 2010 to respond or otherwise plead in reference to Plaintiff's Complaint.

3. Defendant Fairfield West Partners, LLC's response will be due no later than July 26, 2010.

IT IS SO STIPULATED effective as of July 6, 2010

Dated: July 6, 2010                 /S/Michele Z. Stevenson___
                                    Michele Z. Stevenson
                                    Attorney for Defendant
                                    Fairfield West Partners,
                                    LLC

Dated: July 6, 2010                 /s/Scott N. Johnson__ ____
                                    Scott N. Johnson
                                    Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Fairfield West Partners, LLC, shall have until July 26, 2010 to respond to Plaintiff's Complaint.

Dated: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com