SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>vs.<br><br>Allen L. Hanson, et al,<br><br>      Defendants | Case No.: CIV.S 10-cv-00960-MCE-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF FAIRFIELD WEST PARTNERS, LLC; DONALD E. HASLETT; ALMA D. HASLETT; ORDER**<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Fairfield West Partners, LLC; Donald E. Haslett; Alma D. Haslett) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open as to the remaining Defendants.  Defendants (Fairfield West Partners, LLC; Donald E. Haslett; Alma D. Haslett) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: July 23, 2010                                                /s/Scott N. Johnson_____
                                                                      SCOTT N. JOHNSON
                                                                        Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  July 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                           CIV: S-10-00960-MCE-JFM

PDF created with pdfFactory trial version www.pdffactory.com