SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Allan L. Hanson, et al,<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00960-MCE-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HUGO H. HERNANDEZ; ORDER**<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hugo H. Hernandez) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendant (Hugo H. Hernandez) is dismissed because this Defendant has filed bankruptcy.

Dated: July 23, 2010　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: July 26, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　　CIV: S-10-00960-MCE-JFM

PDF created with pdfFactory trial version www.pdffactory.com