IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. CIV 2:10-cv-0960-MCE-JFM

      vs.

ALLAN L. HANSON, et. al.,

      Defendants.           ORDER

_____/

      On October 18, 2010, the status conference in this matter was vacated, the matter submitted on the papers and the parties ordered to file status reports on or before November 4, 2010. Plaintiff has filed a status report. Defendants Bernard Delley and Tracey Soto, collectively doing business as "Elite Cuts," filed a statement denying responsibility for their property's alleged non-compliance with the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* Defendant Jagtar Singh filed what the court construes as an answer to plaintiff's complaint, but did not file a status report. No other defendants responded to the court's order.

      Upon consideration of plaintiff's status report on file in this action and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by June 8, 2011.

1

1    3. Dispositive motions shall be noticed to be heard by August 8, 2011.

2    4. The pretrial conference is set for December 15, 2011 at 2:00 p.m. before the
3 Honorable Morrison C. England in courtroom # 7.  Pretrial statements shall be filed pursuant to
4 Local Rule 281.

5    5. A bench trial of this matter is set for February 13, 2012 at 9:00 a.m. in
6 courtroom 7 before Judge England.  The parties shall file trial briefs pursuant to Local Rule 285.
7 DATED: January 18, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;john0960.so