SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Allan L Hanson, et al,<br><br>          Defendants | Case No. **2:10-cv-00960-MCE-JFM**<br><br>**ORDER RE: STIPULATED DISMISSAL OF ALLAN L HANSON; YON SUN HANSON; CHRISTOPHER A HANSON**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants, Allan L Hanson; Yon Sun Hanson; Christopher A Hanson, are hereby dismissed Without Prejudice.  This case is to remain open with the remaining Defendants.

Dated:  November 16, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE