SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Allan L Hanson, et al,<br><br>        Defendants | Case No. **2:10-cv-00960-MCE-JFM**<br><br>**ORDER RE: STIPULATED DISMISSAL OF BARNARD DELLEY; TRACEY SOTO; JAGTAR SINGH** |

IT IS HEREBY ORDERED THAT Defendants, Barnard Delley; Tracey Soto; Jagtar Singh, are hereby dismissed Without Prejudice.  This action is hereby dismissed in its entirety, and the Clerk of the Court is directed to close this case.

Dated:  September 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE